The order below is hereby signed.

Signed: February 3 2026



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-184-ELG |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Erik D. Bolog, | ) | Case No. 25-10019-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Swain Landing LaPlata JC, LLC. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in relation to the above-captioned proceeding.

1. **Discovery**. Unless modified by order of this court, the following discovery deadlines apply:

    a. The deadline for the parties to complete discovery is July 15, 2026. All written discovery requests, including interrogatories, requests for production, and depositions

1

upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

        b.      The parties shall make the disclosures of expert testimony required by Rule 7026(a)(2) of the Federal Rules of Bankruptcy Procedure no later than May 15, 2026, or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 7026(a)(2)(B) of the Federal Rules of Bankruptcy Procedure, on or before 21 days after the disclosure made by the other party.

    2.     **Dispositive Motions**. Any dispositive motions shall be filed not later than July 29, 2026.

    3.     **Final Pretrial Conference**. A final pretrial conference ("Final Pretrial Conference") will be held on August 26, 2026 at 10:00 a.m. via hybrid hearing (accessible both in person and via Zoom), at which a trial date will be set as will deadlines for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

    4.     **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference before the Final Pretrial Conference to try to settle this matter.

    5.     **Joinder of Other Parties**. Motions for joinder of parties shall be filed no later than 30 days prior to the Final Pretrial Conference.

    6.     **Settlement**. If the parties reach a settlement, they shall file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement pursuant to Local Bankruptcy Rule 9019-1.

    7.     **Jurisdiction**. The parties consent to the entry of final orders by the Bankruptcy Court.

**END OF ORDER**

We Ask for This:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*


/s/ Douglas F. Gansler (signed w/ express permission)
Douglas F. Gansler, Esq.
Bar No. 425465
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington, D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300
*Counsel for Erik D. Bolog*

Copies to: All counsel of record via CM/ECF