The order below is hereby signed.

Signed: February 3 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-184-ELG |
| Swain Landing LaPlata JC, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Erik D. Bolog, | ) | Case No. 25-10019-ELG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Swain Landing LaPlata JC, LLC. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in relation to the above-captioned proceeding.

1.  **Discovery**. Unless modified by order of this court, the following discovery deadlines apply:

    a.  The deadline for the parties to complete discovery is July 15, 2026. All written discovery requests, including interrogatories, requests for production, and depositions

1

upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

        b.      The parties shall make the disclosures of expert testimony required by Rule 7026(a)(2) of the Federal Rules of Bankruptcy Procedure no later than May 15, 2026, or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 7026(a)(2)(B) of the Federal Rules of Bankruptcy Procedure, on or before 21 days after the disclosure made by the other party.

    2.    **Dispositive Motions**. Any dispositive motions shall be filed not later than July 29, 2026.

    3.    **Final Pretrial Conference**. A final pretrial conference ("Final Pretrial Conference") will be held on August 26, 2026 at 10:00 a.m. via hybrid hearing (accessible both in person and via Zoom), at which a trial date will be set as will deadlines for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

    4.    **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference before the Final Pretrial Conference to try to settle this matter.

    5.    **Joinder of Other Parties**. Motions for joinder of parties shall be filed no later than 30 days prior to the Final Pretrial Conference.

    6.    **Settlement**. If the parties reach a settlement, they shall file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement pursuant to Local Bankruptcy Rule 9019-1.

    7.    **Jurisdiction**. The parties consent to the entry of final orders by the Bankruptcy Court.

**END OF ORDER**

We Ask for This:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*


/s/ Douglas F. Gansler (signed w/ express permission)
Douglas F. Gansler, Esq.
Bar No. 425465
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington, D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300
*Counsel for Erik D. Bolog*

Copies to: All counsel of record via CM/ECF

United States Bankruptcy Court

District of Columbia

Bolog,
    Plaintiff

Adv. Proc. No. 25-10019-ELG

Swain Landing LaPlata JC LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 03 2026 22:29:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas Gansler | on behalf of Plaintiff Erik D. Bolog douglas.gansler@cwt.com nyecfnotice@cwt.com |
| Maurice Belmont VerStandig | on behalf of Defendant Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 2