**22NTCHRG**

United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

---

In Re:
Bolog v. Swain Landing LaPlata JC LLC

Case No.: 25−10019−ELG
Chapter 0
Judge: Elizabeth L. Gunn

---

Notice is hereby given that a hearing will be held on

4/21/2027

At the request of the Court, the pre−trial conference scheduled for 8/26/2026 is continued to

4/21/2027 at 10:00 AM in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

Angela D. Caesar
U.S. Bankruptcy Court
BY: am

Copies To:
Recipients of Electronic Notifications;
Debtor;
Appointed Trustee;
All Creditors.

United States Bankruptcy Court
District of Columbia

Bolog,
Plaintiff
Swain Landing LaPlata JC LLC,
Defendant

Adv. Proc. No. 25-10019-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 1
Date Rcvd: Aug 26, 2026 Form ID: ntchrg Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Erik Bolog, 1763 Columbia Road, NW, Washington, DC 20009-2834 |
| dft | + | Swain Landing LaPlata JC LLC, 1801 16th Street, NW#606, Washington, DC 20009-3324 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Gansler | on behalf of Plaintiff Erik Bolog douglas.gansler@gtlaw.com douglas-gansler-3757@ecf.pacerpro.com |
| Maurice Belmont VerStandig | on behalf of Defendant Swain Landing LaPlata JC LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 2